IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>GARY TARRENCE,<br><br>             Defendant. | 4:14-CR-3125<br><br>**ORDER** |

IT IS ORDERED that:

1.  The defendant's unopposed Motion to Continue Sentencing (filing 135) is granted.

2.  Defendant Gary Tarrence's sentencing is continued to October 1, 2015, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 26th day of August, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge