IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3125 |
| vs. | |
| GARY TARRENCE, | ORDER |
| Defendant. | |

This matter is before the Court on the objection (filing 152) filed by David Tarrence and Tamara Geis, objecting to the destruction of trial exhibits in which they claim a property interest:

- Exhibit 102: Coin Q1408638
- Exhibit 120: Rifle Q1408647
- Exhibit 121: 9mm Q1408646
- Exhibit 122: 9mm Q1408668
- Exhibit 123: .45 Cal Q1408653
- Exhibit 124: Ammo Q1408637
- Exhibit 224: Inventory List of blue boxes

*See* filing 152; filing 119. The government represents that the exhibits have been returned to the Lincoln Police Department, but indicates its willingness to inform the Department of an order directing that the exhibits be retained. *See* filing 155. Accordingly, the Court will sustain the objection.

IT IS ORDERED:

1. The claimants' objection (filing 152) is sustained.

2. The custodian of trial exhibits 102, 120, 121, 122, 123, 124, and 224 shall not destroy the exhibits without the permission of the Court.

3. The government shall provide a copy of this order to the appropriate custodian at the Lincoln Police Department.

Dated this 9th day of November, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge