IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>GARY TARRENCE,<br><br>                 Defendant. | Case No. 4:14CR3125<br><br>ORDER |

       Before the Court is the Request for Transcript of Trial Held on July 14-17, 2015, [Filing Nos. 111, 114, 116, and 117] for preparation of the transcript of the testimony of three witnesses.

       IT IS ORDERED:

       The Request for Transcript, Filing No. 161, filed by Attorney Christopher Connolly is granted.

       If the request for transcript was filed by a non-party, the clerk's office is directed to mail a copy of this order to the party requesting the transcript. **The requestor should contact the appropriate court reporter, Rogene Schroder, phone number 402-661-7383, to arrange payment.**

Dated: April 10, 2017

                                              BY THE COURT:

                                              s/ John M. Gerrard
                                              United States District Judge